UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cause No. 1:09-cr-0033-01 (L/F) |
| RICHARD D. LESLIE, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Richard D. Leslie's probation be modified, the Court, pursuant to Title 28 U.S.C. §636(b)(1)(C), Rule 72B of the *Federal Rules of Criminal Procedure*, now approves the Report and Recommendation as follows:

Mr. Leslie's probation is modified as follows:

1. The defendant's probation is modified to require a period of up to 180 days at his residence under electronic monitoring, to be paid by defendant.

2. Mr. Leslie shall perform 240 hours of community service that will be directed by the United States Parole and Probation.

3. Upon completion of his 180 days of electronic monitoring, the undersigned Magistrate Judge will set another hearing for defendant to appear in U. S. District Court.

IT IS SO ORDERED this 7th day of September, 2010.

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:
Jim Warden,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Mike Donahoe,
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service